IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES PYRON, et al.,<br><br>    Defendants.<br>_____/ | CIV. S-03-1565-DFL-KJM<br><br><u>ORDER RE DISPOSITION AFTER</u><br><u>NOTIFICATION OF SETTLEMENT</u> |

    The court has been advised by Sandeep J. Shah, Esq., that this action has been settled.  Therefore, it is not necessary that the action remain upon the court's active calendar.

    Accordingly, IT IS ORDERED:

    1.  That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than July 12, 2005, and,

///

1

1     2.  That all hearing dates previously set in this matter
2  are vacated.
3     IT IS SO ORDERED.
4  Dated: 5/13/2005

                                    _____
                                    DAVID F. LEVI
                                    United States District Judge

2