1 | Alan J. Kessel (Cal. Bar No.: 130707)
2 | Keli N. Osaki (Cal. Bar No.: 179920)
  | Sandeep J. Shah (Cal. Bar No.: 210449)
3 | **BUCHALTER, NEMER, FIELDS & YOUNGER**
  | A Professional Corporation
4 | 18400 Von Karman Avenue, Suite 800
  | Irvine, California 92612-0514
5 | Telephone:(949) 760-1121
  | Facsimile: (949) 720-0182
  | E-mail: sshah@buchalter.com

6 | Attorneys for Plaintiff DIRECTV, INC.

7

8 | **UNITED STATES DISTRICT COURT**

9 | **EASTERN DISTRICT OF CALIFORNIA**

10 | **SACRAMENTO DIVISION**

11 | DIRECTV, INC., a California corporation, | Case No. CV-03-1565 DFL KJM

12 | Plaintiff, | Hon. Chief Judge David F. Levi

13 | vs. | **[PROPOSED] ORDER DISMISSING DEFENDANT JAMES PYRON**

14 | JAMES PYRON,

15 | Defendant.

16

17        Having read the Request for Voluntary Dismissal of Defendant JAMES PYRON

18 filed herein by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate

19 by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

20        1.     This action is hereby dismissed without prejudice as against Defendant JAMES

21 PYRON;

22        2.     Each party shall bear its/his own attorney's fees and costs incurred in this action to

23 date; and

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

BNFY 569207v1                                1                           (CV-03-1565 DFL KJM)

**[PROPOSED] ORDER DISMISSING DEFENDANT JAMES PYRON**

3.      As Defendant JAMES PYRON is the only active Defendant in this action, this entire action as to all remaining claims is hereby terminated in full.

DATED:  6/17/2005

    /s/ David F. Levi
Honorable Chief Judge David F. Levi
United States District Court
Eastern District of California